# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELEANOR LOGAN,

    Plaintiff,

v.

NANCY A. BERRYHILL
Acting Commissioner
of Social Security,

    Defendant.

CIVIL ACTION No. 19-1417

## ORDER

**AND NOW** this 4th day of April, 2019, upon consideration of Plaintiff's motion to proceed *in forma pauperis* and Complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. The Clerk of Court shall issue summonses; and

4. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the Complaint in accordance with Federal Rule of Civil Procedure 4(i), at the following addresses:

Office of the Regional Chief Counsel, Region III
Social Security Administration
300 Spring Garden Street, 6th Floor
Philadelphia, PA  19123-2932


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

5. The Clerk of Court shall serve the United States Attorney for the Eastern District of Pennsylvania at

United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

**BY THE COURT:**

_____
RICHARD A. LLORET
U.S. Magistrate Judge