IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEANOR LOGAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No. 19-1417 |
| ANDREW M. SAUL,[1] Commissioner of Social Security, | : |
| Defendant. | : |

**O R D E R**

**AND NOW**, this 23rd day of January, 2020, by separate judgment, this case is reversed and remanded for reconsideration by a properly appointed Administrative Law Judge (ALJ), pursuant to *Cirko v. Commissioner of Social Security,* 19-1772 (3d Cir. Jan. 23, 2020). The Commissioner's Motion to Stay (Doc. No. 15) is denied as moot.

The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

  s/Richard A. Lloret
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 4, 2019, and is therefore substituted for Nancy A. Berryhill as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").