IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEANOR LOGAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No. 19-1417 |
| ANDREW M. SAUL,[1] Commissioner of Social Security, | : |
| Defendant. | : |

# JUDGMENT

In accordance with the Court's separate Order, filed contemporaneously with this Judgment, on this 23rd day of January, 2020,

## JUDGMENT IS ENTERED

**IN FAVOR** of Plaintiff Eleanor Logan, and **AGAINST** Defendant Andrew M. Saul, Commissioner of Social Security, under Federal Rule of Civil Procedure 58(a).

BY THE COURT:

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**U.S. Magistrate Judge**

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 4, 2019, and is therefore substituted for Nancy A. Berryhill as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").