IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEANOR LOGAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION No. 19-1417 |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | : |
| Defendant. | : |

**O R D E R**

AND NOW, this 14th day of December 2023, upon consideration of Plaintiff Elanor Logan's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 24) and Respondents' Response thereto (Doc. No. 25) taking no position with respect to the award of attorneys' fees, it is

**ORDERED**

that Joseph Silver, Esquire, is awarded attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of thirteen thousand three hundred and sixty-four dollars and 50/00 cents ($13,364.50). Plaintiff's counsel will reimburse Plaintiff fees he

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and is therefore substituted for Andrew M. Saul as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").

previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of four thousand five hundred dollars ($4,500.00).

                                      **BY THE COURT:**

                                      _s/ Richard A. Lloret_
                                      **Hon. Richard A. Lloret**
                                      **United States Magistrate Judge**